No. 86–443. BOARD OF REGENTS OF THE UNIVERSITY OF MARYLAND ET AL. v. STANLEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–570. COUNTY OF FRESNO ET AL. v. SUPERIOR COURT OF THE COUNTY OF FRESNO (MOTSENBOCKER, REAL PARTY IN INTEREST). Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 86–815. DUFFY, SHERIFF, COUNTY OF SAN DIEGO, CALIFORNIA v. WARD. C. A. 9th Cir. Certiorari denied.

No. 86–934. PUSKARIC v. UNITED STATES; and JENKINS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–953. ABELL v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–1121. COUNTY OF MONROE ET AL. v. WEBER ET VIR. C. A. 2d Cir. Certiorari denied.

No. 86–1141. VAKALIS v. KAGAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1144. CITY OF MONTGOMERY ET AL. v. EILAND. C. A. 11th Cir. Certiorari denied.

No. 86–1432. GOBLA v. CRESTWOOD SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1508. HANKINS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 86–1542. OLSON ET AL. v. EXKANO ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1600. BOTERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.